Yitzchak Zelman, Esq.,
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:     (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff
*Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **DANIELLE FRANCIS,** *individually and on behalf of all others similarly situated*, <br><br> Plaintiff <br><br> -against- <br><br> **ABILITY RECOVERY SERVICES, LLC**, <br><br> Defendant | Civil Case No.: 4:19-cv-08128-HSG <br><br><br> **ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT INITIAL CONFERENCE** |

On this day, the Court considered the Plaintiff's March 5, 2020 Motion to Appear by Telephone at the Initial Case Management Conference, which is scheduled for March 17, 2020 at 2:00 p.m. After considering the Motion and all other things properly before the Court, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. Counsel shall contact CourtCall at

(866) 582-6878 to make arrangements for the telephonic appearance.

SO ORDERED on this 5th day of March, 2020

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE