United States District Court
Northern District of California

1
2
3
4                   UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7    DANIELLE FRANCIS,                    Case No. 19-cv-08128-HSG   (SK)
8                  Plaintiff,
9         v.                             **ORDER DENYING WITHOUT
                                         PREJUDICE PLAINTIFF'S MOTION
10   ABILITY RECOVERY SERVICES, LLC,     TO CONDUCT DISCOVERY**
11               Defendant.              Regarding Docket No. 25
12        The Court HEREBY DENIES Plaintiff's motion to conduct discovery as moot in light of
13   the parties' settlement.  However, this denial is without prejudice to Plaintiff refiling the motion to
14   conduct discovery if the settlement falls through.
15        **IT IS SO ORDERED**.
16   Dated: July 30, 2020
17   
18                                       SALLIE KIM
                                         United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28