**Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)**
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
**Tel:  (732) 695-3282**
**Fax: (732) 298-6256**
**Email: yzelman@marcuszelman.com**
**Attorneys for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **DANIELLE FRANCIS,**<br><br>                    **Plaintiff**<br><br>-against-<br><br><br>**ABILITY RECOVERY SERVICES, LLC,**<br><br>                    **Defendant** | **C.A. No.: 4:19-cv-08128-HSG**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

        PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, with prejudice.

Dated:        October 19, 2020

-1-

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Office:      (732) 695-3282
Fax:         (732) 298-6256
yzelman@MarcusZelman.com

*Attorneys for Plaintiff*
*Danielle Francis*

**SO ORDERED THIS \_\_\_ day of October 2020.**

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE